**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 24, 2013.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-12-00479-CV

### SHRIHARI ENTERPRISES, INC, Appellant

### V.

### SATIESH Y. RAO AND SAI & SAI, INC, Appellees

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-54280**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 4, 2012. On January 11, 2013, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Busby.